**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| MONQUEZ ROSS, | : | Case No. 1:26-cv-1092 |
| Plaintiff, | : | |
| vs. | : | District Judge Matthew R. Byrne<br>Magistrate Judge Peter B. Silvain, Jr. |
| SPARKS, *et al.*, | : | |
| Defendants. | : | |

## DEFICIENCY ORDER

Plaintiff, an Ohio prisoner at the Southern Ohio Correctional Facility (SOCF), has filed a *pro se* civil rights Complaint and an application to proceed *in forma pauperis*. (Doc. 1; Doc. 1-1). But Plaintiff's *in forma pauperis* application (Doc. 1) is incomplete.

Pursuant to the Prison Litigation Reform Act of 1995 (PLRA), 28 U.S.C. § 1915(a)-(h), a prisoner seeking to bring a civil action without prepayment of fees or security therefor must submit a signed application and affidavit to proceed without prepayment of fees ***and*** a certified copy of their trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the Complaint obtained from the cashier of the prison at which the prisoner is or was confined. 28 U.S.C. § 1915(a)(2). Plaintiff has failed to submit a certified copy of his trust fund account statement (or institutional equivalent) as required by the PLRA.

**IT IS THEREFORE ORDERED THAT,** if Plaintiff wishes to proceed with this action, he must pay $405 ($350 filing fee plus $55 administrative fee) **or** submit to the Court a certified copy of his prison trust fund account statement (or institutional equivalent) for the preceding six-month period.

**Plaintiff is advised that his failure to comply with this Order may result in the dismissal of this action for want of prosecution.**

If Plaintiff requires additional time to comply with this Order, any motion for extension of time must be filed within **thirty (30) days** of the date of the Order.

The **CLERK OF COURT** is **DIRECTED** to send a copy of this Order to the cashier of the prison at which Plaintiff is confined.

Further, it appears that two pages of Plaintiff's *in forma pauperis* application (pages 4 and 5) were inadvertently filed as part of his Complaint. The **CLERK OF COURT** is therefore also **DIRECTED** to detach those pages from the Complaint (*see* Doc. 1-1, *PageID* 9-10) and file them with Plaintiff's *in forma pauperis* application (Doc. 1).

Finally, Plaintiff **SHALL** keep the Court apprised of any changes to his address during the pendency of this case.

**IT IS SO ORDERED.**

November 10, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge